UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE W. NORCROSS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:19-cv-1053

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 28, 2020, recommending that this Court vacate the Commissioner's decision and remand the matter for further administrative action. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 15) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is VACATED and this matter is REMANDED for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

A Judgment will be entered consistent with this Order.

Dated: September 14, 2020            /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                               United States District Judge